# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANG,<br><br>                Plaintiff,<br>v.<br>DAVID PONTIER, et al.,<br><br>                Defendants. | Case No.: 18cv1869-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Joseph Dang has filed a notice of voluntary dismissal. No Defendant has answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**. The order to show cause (Docket no. 5) is **DISCHARGED**.

**IT IS SO ORDERED**.

Dated: June 11, 2019

*[signature]*

Hon. Larry Alan Burns
Chief United States District Judge